Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR05-5822RBL |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING GOVERNMENT'S RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS |
| JARDONALD DANTE MOSELY, ) | |
| Defendant. ) | |

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's pretrial motions shall be due no later than January 4, 2006.

Dated this 29th day of December, 2005

*(signature)*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

s/ Colin Fieman      *
COLIN FIEMAN
Attorney for Jardonald Dante Mosely
*telephonic approval

Order Continuing Date for Government's Response
U.S. v. Mosely/CR05-5822RBL - 1