FILED ___ LODGED
___ RECEIVED

JAN 1 1 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

JUDGE RONALD B. LEIGHTON

05-CR-05822-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JARDONALD MOSELY, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR05-5822 <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Based on the stipulated motion of the parties to continue the trial date, and the affidavit of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                                1
United States v. Jardonald Mosely; CR05-5822RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

|   |   |
|---|---|
| 1 | 4. Taking into account the exercise of due diligence, a continuance is necessary |
| 2 | to allow the defendant the reasonable time for effective preparation his defense. 18 |
| 3 | U.S.C. § 3161(h)(8)(B)(iv). |
| 4 | NOW, THEREFORE, |
| 5 | IT IS HEREBY ORDERED that the trial date is continued from January 17, 2006 |
| 6 | to _April 3_, 2006, at 9:30 am. The resulting period of delay from January |
| 7 | 17, 2006, to _April 3_, 2006, is hereby excluded for speedy trial purposes under 18 |
| 8 | U.S.C. § 3161(h)(8)(A) and (B). |
| 9 | Pre-trial conference shall be on _March 28_, 2006, at _9_ am/pm. |
| 10 | DONE this _11th_ day of January, 2006. |

JUDGE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Colin A. Fieman                          /s/ Kent Liu
Colin A. Fieman                              Kent Liu
Attorney for Defendant                       Assistant United States Attorney

Oral Argument on Suppression Motion is reset to March 23, 2006 @ 9:00 am.

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                 2
United States v. Jardonald Mosely; CR05-5822RBL

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710